# IN THE UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

**DARRELL LYNN HENDERSON,** :

    **Petitioner,** :

        **CRIMINAL NO. 07-00067-CG-B**
: **CIVIL ACTION NO. 08-0516-CG-B**

**UNITED STATES OF AMERICA,**

    **Respondent.** :

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a de novo determination of those portions of the Recommendation to which objection is made, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that Petitioner's petition for habeas corpus relief is hereby **DENIED.** The court finds that the petitioner is not entitled to the issuance of a certificate of appealability.

    **DONE and ORDERED** this 15th day of July, 2010.

                                        /s/ Callie V. S. Granade
                                        UNITED STATES DISTRICT JUDGE