IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

**DARRELL LYNN HENDERSON,** :

    **Petitioner,** :

                                                    CRIMINAL NO. 07-00067-CG-B
                                     :  CIVIL ACTION NO. 08-0516-CG-B

**UNITED STATES OF AMERICA,**

    **Respondent.** :

## JUDGMENT

In accordance with the order entered on this date, it is hereby **ORDERED, ADJUDGED**, and **DECREED** that petitioner's § 2255 Motion to Vacate, Set Aside, or Correct Sentencing by a Person in Federal Custody (Doc. 38) is hereby **DENIED**.  The court finds that the petitioner is not entitled to a certificate of appealability; therefore, any such request is hereby **DENIED**.

    **DONE and ORDERED** this 15th day of July, 2010.

                                                /s/  Callie V. S. Granade
                                                UNITED STATES DISTRICT JUDGE